AO 93 (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 04/17)

# UNITED STATES DISTRICT COURT
for the
Central District of California

ORIGINAL

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

510 N. Bonhill Road
Los Angeles, California 90049

Case No. 2:19-MJ-03857

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  Sept 13, 2019  7:45 pm      *[signature]*
                                                                                    *Judge's signature*

City and state:   Los Angeles, CA                   Honorable Jean P. Rosenbluth
                                                                                    *Printed name and title*

AUSA: Ashwin Janakiram x2875

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:19-MJ-03857 | Date and time warrant executed: 9/16/19 7:15 AM | Copy of warrant and inventory left with: house |
| Inventory made in the presence of: Anbel Gunn | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: 9/16/19

_____
Executing officer's signature

Bill Tham Special Agent
Printed name and title

9/16/19

INVENTORY
510 N. BONHILL RD, LA, CA

| | |
|---|---|
| | SANDISK SSD 256GB; SN: 1444134400954; FOUND IN ROOM 2A - OFFICE, HP ENVY DESKTOP |
| | SEAGATE HDD 2000GB, SN: 2142 1W234; FOUND IN ROOM 2A - OFFICE, HP ENVY DESKTOP |
| | COMPACT FLASH, 128 GB, LEXAR PROFESSIONAL 1066X |
| | SEAGATE EXTERNAL HD 4TB, SN: NA4K95P4, HP ENVY DESKTOP COMPUTER, POWER CORD & USB CORD; FOUND IN ROOM 2A - OFFICE |
| | ANTEC CUSTOM COMPUTER DESKTOP; SAMSUNG HD 256GB, P/N ~~MMDOE56G SMXP-OBVD1~~ MMDOE56G5MXP-OVBD1 WESTERN DIGITAL 300GB, SN: WXL908124051; FOUND IN 2P-LANDING |
| | CUSTOM DESKTOP COMPUTER LABELED ANTEC; FOUND IN 2P - LANDING. |
| | COMPACT DISK, MEMOREX DVD+R; FOUND IN 1C - LIVING ROOM, IN ANTEC CUSTOM COMPUTER CD DRIVE. |
| | SILVER HP SPECTRE XT TOUCH SMART LAPTOP; FOUND IN 1H - CLOSET. |
| | WESTERN DIGITAL HARD DRIVE 1TB CONTAINING ADVANCED LOGICAL AND FILE SYSTEM EXTRACTIONS FROM NAVID VAHEDI'S GOOGLE PIXEL 3XL PERSONAL CELLPHONE. |
| | WESTERN DIGITAL HARD DRIVE 320 GB, S/N: WD3200BEVT W/KINGSTON SD CARD 2GB; FOUND IN 1I - PANTRY/LAUNDRY. |

PAGE 1

9/16/19

INVENTORY
510 N. BONAIR RD
LA, CA

AMTRAK SAMSUNG PORTABLE SSP, SN 549WNVOM405886J 500GB, FOUND IN ROOM 2A OFFICE, HP ENVY, RAM CAPTURE

FUJITSU HARD DRIVE S/N: NJA3T27-12TDE 10.0GB "A" IN RED PEN ON BACK OF DRIVE (NOT IN DEVICE), FOUND IN ROOM 2H - BATHROOM, MIDDLE LEFT DRAWER INSIDE MAKEUP BOX

APPLE IPHONE, IMEI # 990002885619297, FOUND IN ROOM 2H - BATHROOM, BOTTOM RIGHT DRAWER

VARIOUS ENVELOPES FROM INSURANCE COMPANIES & BANKS - UNOPENED. FOUND IN BMW 1999, LIC# 4TAE991, FRONT PASSENGER SEAT

WIRE TRANSFER REQUEST FORM (2 PAGES), CHASE BANK, SENDER NAVID VAHEDI, FOUND IN RM 1A - GARAGE, IN BOX IN CORNER

PAGE 2