NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-1259
     Facsimile: (213) 894-0141
     E-mail:    alexander.schwab@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF 510 N. Bonhill Road, Los Angeles, California 90049 | No. 2:19-MJ-03857<br><br>[PROPOSED] ORDER ALLOWING EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICES |
|---|---|

     For good cause shown, IT IS HEREBY ORDERED that the government may retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days -- that is, from March 15, 2020, to July 18, 2020 -- the following digital devices:

     a.  A SanDisk 256 GB SATA SSD, bearing serial number 1444413400954, obtained from an HP Envy Desktop computer ("SUBJECT DEVICE 1");

     b.  A HP Spectre XT TouchSmart (Model 15t-4000) Laptop containing a Samsung PM830 (Model MZMPC128HBFU) 128gb mSATA SSD, bearing serial number SOY8NSAD412465 ("SUBJECT DEVICE 2");

     c.  A Western Digital hard drive, 320 GB SATA bearing serial number WD3200BEVJ, ("SUBJECT DEVICE 3"); and

      d.   A Google Pixel 3XL phone imaged on site bearing MSISDN 3108779396, ("SUBJECT DEVICE 4").

March 5, 2020  
DATE

_____  
UNITED STATES MAGISTRATE JUDGE

Presented by:

    /s/  
ALEXANDER B. SCHWAB  
Assistant United States Attorney